UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                :

                                   :    INFORMATION

        - v. -                          :
                                   :    19 Cr. 159 (NSR)

SERGIO POLANCO,                         :

                                   :

        Defendant.                      :

- - - - - - - - - - - - - - - - - - X

## COUNT ONE
## (Narcotics Conspiracy)

The United States Attorney charges:

1.    From in or about 2016 up to and including on or about November 29, 2018, in the Southern District of New York and elsewhere, SERGIO POLANCO, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that SERGIO POLANCO, the defendant, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.    The controlled substances that SERGIO POLANCO, the defendant, conspired to distribute and possess with intent to

distribute were (i) four hundred grams and more of mixtures and substances containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, more commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(A), and (ii) one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## COUNT TWO
### (Illegal Reentry)

The United States Attorney further charges:

4.    From at least in or about 2016 up to and including at least on or about November 29, 2018, in the Southern District of New York and elsewhere, SERGIO POLANCO, the defendant, being an alien, unlawfully did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

2

## FORFEITURE ALLEGATION

5.    As a result of committing the offense alleged in Count One of this Information, SERGIO POLANCO, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

### Substitute Assets Provision

6.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section  853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

GEOFFREY S. BERMAN BB
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

===

**UNITED STATES OF AMERICA**

**v.**

**SERGIO POLANCO,**

**Defendant.**

===

**INFORMATION**

19 Cr. 159

(8 U.S.C. § 1326(a) & (b)(2); 21 U.S.C.
§ 846.)

GEOFFREY S. BERMAN
United States Attorney

---

Foreperson

===